(NOT FOR PUBLICATION) (Doc. No. 1, 5)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| In re: : <br> : <br> MEDFORD CROSSINGS NORTH LLC, : <br> et al., : <br> : <br>       Debtors. : <br> _____: <br> : <br> MEDFORD VILLAGE EAST : <br> ASSOCIATES, LLC and : <br> LAUREL PINES, LLC, : <br> : <br>       Appellants, : <br> : <br>       v. : <br> : <br> MEDFORD CROSSINGS NORTH LLC, : <br> et al., : <br> : <br>       Appellees/Debtors. : <br> _____: | Civil No. 11-2583 (RBK) <br><br> **ORDER** |

**THIS MATTER** having come before the Court upon the appeal by Medford Village East Associates, LLC and Laurel Pines, LLC ("Appellants") of the Order of the Bankruptcy Court approving a Settlement Agreement by Debtors ("Appellants") in the underlying bankruptcy proceedings, and the Court having considered the moving papers, responses thereto, and exhibits, and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that, because Appellants lack standing to appeal the Bankruptcy Court's Order, this appeal is **DISMISSED**.

Date: 2/1/2012                                                          /s/ Robert B. Kugler
                                                                                                                     ROBERT B. KUGLER
                                                                                                            United States District Judge