(NOT FOR PUBLICATION)                                              (Doc. No. 1, 5)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

_____

In re:                                          :
                                                :
MEDFORD CROSSINGS NORTH LLC,                    :
et al.,                                          :
                                                :
            Debtors.                            :
_____:
                                                :
MEDFORD VILLAGE EAST                            :
ASSOCIATES, LLC and                             :
LAUREL PINES, LLC,                              :          Civil No. 11-2583 (RBK)
                                                :
            Appellants,                         :          **ORDER**
                                                :
        v.                                      :
                                                :
MEDFORD CROSSINGS NORTH LLC,                    :
et al.,                                          :
                                                :
            Appellees/Debtors.                  :
_____:

     **THIS MATTER** having come before the Court upon the appeal by Medford Village East

Associates, LLC and Laurel Pines, LLC ("Appellants") of the Order of the Bankruptcy Court

approving a Settlement Agreement by Debtors ("Appellants") in the underlying bankruptcy

proceedings, and the Court having considered the moving papers, responses thereto, and exhibits,

and for the reasons expressed in the Opinion issued this date;

     **IT IS HEREBY ORDERED** that, because Appellants lack standing to appeal the

Bankruptcy Court's Order, this appeal is **DISMISSED**.


Date: 2/1/2012                                   /s/ Robert B. Kugler
                                                 ROBERT B. KUGLER
                                                 United States District Judge